1  **MARGO A. RAISON, COUNTY COUNSEL**
   By: Kyle W. Holmes, Deputy (SBN 288300)
2  Ryan T. Fallgatter, Deputy (SBN 338856)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone 661-868-3800
   Email rfallgatter@kerncounty.com
5

6  Attorneys for Defendant, County of Kern

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 | LORI ANN WILEY CHARLES WALLACE HANSON, IV, | ) Case No.: |
   | Plaintiff(s), | ) NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BY DEFENDANT COUNTY OF KERN |
   | vs. | ) |
   | KERN HIGHT SCHOOL DISTRICT, KERN HIGH SCHOOL DISTRICT POLICE DEPARTMENT, COUNTY OF KERN, KERN HIGH SCHOOL DISTRICT POLICE CHIEF EDWARD KOMIN; KERN HIGH SCHOOL DISTRICT PEACE OFFICER MICHAEL WHITING; KERN HIGH SCHOOL DISTRICT PEACE OFFICER LUIS PENA; KERN HIGH SCHOOL DISTRICT PEACE OFFICER BRYAN ARMENDARIZ; and DOES 1 through 10, | ) |
   | Defendant(s). | ) |

Defendant County of Kern hereby provides notice of removal of the above-captioned action from the Superior Court of the State of California, County of Kern, to the United States District Court for the Eastern District of California. The removal is based on the following:

1. On June 1, 2022, Plaintiffs filed a complaint for damages in the Superior Court of the State of California, County of Kern, asserting a claim under 42 U.S.C. Section 1983

- 1 -
NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BY DEFENDANT COUNTY OF KERN

against County of Kern. *Lori Ann Wiley, Charles Wallace Hanson, IV v. Kern High School District, et al.*, No. BCV-22-101350, (Super. Ct. Kern County, June 1, 2022).

2. On June 10, the Superior Court issued a Notice of Assignment to Judge for All Purposes and Notice of Order to Show Cause Re CRC Rule 3.110 and Notice of Case Management Conference.

3. On June 15, Plaintiffs filed a summons.

4. On June 16, Plaintiffs served Defendant County of Kern with the complaint and summons.

5. On July 5, Plaintiffs filed a first amended complaint for damages. Defendant has not been served with the first amended complaint.

6. Accurate and complete copies of all process, pleadings, and orders served upon Defendant County of Kern, and the first amended complaint, which has been filed in the Superior Court but not served upon Defendant, are attached hereto as exhibits 1–5 as follows:

| Exhibit No. | Date Filed | Document | Filed By |
| --- | --- | --- | --- |
| 1 | 6/1/2022 | Complaint for Damages | Plaintiffs |
| 2 | 6/1/2022 | Civil Case Cover Sheet | Plaintiffs |
| 3 | 6/10/2022 | Notice of Assignment to Judge for All Purposes and Notice of Order to Show Cause Re CRC Rule 3.110 and Notice of Case Management Conference | Superior Court |
| 4 | 6/15/2022 | Summons | Plaintiffs |
| 5 | 7/5/2022 | First Amended Complaint for Damages | Plaintiffs |

7. This Court has original jurisdiction over this entire action under 28 U.S.C. Sections 1331 and 1367(a).

///

///

8. The only matters set for hearing in the Superior Court are a hearing on the Order to Show Cause pursuant to California Rule of Court 3.110 on September 26, 2022, and a case management conference on December 7, 2022.

9. At the time of filing this notice, not a single proof of service has been filed in the Superior Court. An accurate and complete copy of the Superior Court's docket for this action is attached hereto as exhibit 6. Because no other defendant has been properly joined and served, removal is proper without their consent. 28 U.S.C. § 1446(b)(2)(A).

10. Promptly after filing this notice of removal in the above-captioned court, Defendant shall file a copy of this notice, along with a Notice to Plaintiffs of Filing of Notice of Removal of Action to Federal Court (an accurate and complete copy of which is attached hereto as exhibit 7), with the clerk of the Kern County Superior Court, and shall serve copies of both upon Plaintiffs.

Dated:  July 15, 2022                                    Respectfully Submitted,

MARGO A. RAISON, COUNTY COUNSEL

By:  __/s/ Ryan Fallgatter_____
      **Kyle W. Holmes,** Deputy
      **Ryan T. Fallgatter**, Deputy
      Attorneys for **County of Kern**

#2671191.DOCX